**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION**

**WENDELL DALE WILLIAMS**                                       **PETITIONER**

VS.                 **CASE NO.: 5:14CV00203 JM-BD**

**RAY HOBBS, Director,
Arkansas Department of Correction**                          **RESPONDENT**

**RECOMMENDED DISPOSITION**

**I.    Procedure for Filing Objections**

This Recommended Disposition ("Recommendation") has been sent to United States District Judge James M. Moody, Jr.  Mr. Williams - or any party - may file written objections to this Recommendation.

Objections must be specific and must include the factual or legal basis for the objection.  An objection to a factual finding must identify the finding of fact believed to be wrong and describe the evidence that supports that belief.

An original and one copy of objections must be received in the office of the United States District Court Clerk within fourteen (14) days of this Recommendation.  A copy will be furnished to the opposing party.

If no objections are filed, Judge Moody can adopt this Recommendation without independently reviewing all of the evidence in the record.  By not objecting, you may also waive any right to appeal questions of fact.

Mail your objections and "Statement of Necessity" to:

>   Clerk, United States District Court
>   Eastern District of Arkansas
>   600 West Capitol Avenue, Suite A149
>   Little Rock, AR 72201-3325

## II.    Recommendation

Petitioner Wendell Dale Williams, formerly an Arkansas Department of Correction ("ADC") inmate, filed a petition for a writ of habeas corpus under 28 U.S.C. §2254. He did not attack his underlying criminal conviction or sentence; instead, he challenged the ADC's failure to award him earned good time credit, which he claimed was delaying his eligibility for release on parole. (#2 at p. 4)

At a May 15, 2014 hearing, the transfer board agreed to transfer Mr. Williams to Arkansas Community Correction to be released on parole. (#7-4 at p. 2) His supervision began on June 13, 2014. (#7-6) Because the relief Mr. Williams sought in this petition – eligibility for release on parole – has already been granted, the Court recommends that Mr. Williams's petition be dismissed as moot. See *Miller v. Whitehead*, 527 F.3d 752, 756 (8th Cir. 2008) (habeas petition is moot when relief sought has been granted).

## III.    Certificate of Appealability

When entering a final order adverse to a petitioner, the Court must issue or deny a certificate of appealability. Rule 11 of the Rules Governing Section 2254 Cases in the United States District Court. The Court can issue a certificate of appealability only if Mr.

Williams has made a substantial showing that he was denied a constitutional right. 28 U.S.C. § 2253(c)(1)-(2).

In this case, Mr. Williams has not provided a basis for issuing a certificate of appealability. Accordingly, a certificate of appealability should be denied.

## IV.  Conclusion

The Court recommends that Mr. Williams's petition for writ of habeas corpus be dismissed, without prejudice, as moot. The Court further recommends that no certificate of appealability be issued.

DATED this 30th day of June, 2014.

_____
UNITED STATES MAGISTRATE JUDGE