# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## PINE BLUFF DIVISION

**WENDELL DALE WILLIAMS**                                                           **PETITIONER**

**VS.**            **CASE NO.: 5:14CV00203 JM-BD**

**RAY HOBBS, Director,**
**Arkansas Department of Correction**                                               **RESPONDENT**

## JUDGMENT

In accordance with the Court's Order entered this date, Wendell Dale Williams's 28 U.S.C. § 2254 petition for writ of habeas corpus (docket entry #2) is DISMISSED, without prejudice.

IT IS SO ORDERED this 21st day of July, 2014.

_____
UNITED STATES DISTRICT JUDGE